```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 06543
    SANJAY J MODHERA
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-9128


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/24/05 and confirmed on 05/20/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $    9509.36 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
NORTHERN TRUST BANK CO    CURRENT MORTG         .00            .00            .00
NORTHERN TRUST BANK CO    SECURED               .00            .00            .00
BECKET & LEE LLP          UNSECURED        14874.55            .00        1487.46
ECAST SETTLEMENT CORPORA  UNSECURED         2674.06            .00         267.41
CAPITAL ONE FINANCIAL     UNSECURED        NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        10115.33            .00        1011.53
B FIRST LLC               UNSECURED        11115.85            .00        1111.59
DISCOVER BANK             UNSECURED        12004.17            .00        1200.42
ECAST SETTLEMENT CORPORA  UNSECURED          789.49            .00          78.95
ECAST SETTLEMENT CORPORA  UNSECURED        24117.73            .00        2411.77
ARLINGTON RIDGE PATHOLOG  UNSECURED        NOT FILED           .00            .00
NORTHWEST COMMUNITY HOSP  UNSECURED        NOT FILED           .00            .00
LINDA SCHNEIDER ESQ       UNSECURED        11127.50            .00        1112.75
        Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00     86818.68        .00       86818.68
PRINCIPAL PAID           .00          .00      8681.88        .00        8681.88
INTEREST PAID            .00          .00          .00        .00            .00
TOTAL PAID               .00          .00      8681.88        .00        8681.88
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    425.00
and was paid $     425.00 .

The Trustee received $     402.48 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 06/23/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 05 B 06543 SANJAY J MODHERA
```